UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,

-  against –

THOMAS FOLEY,

                           Defendant.
--------------------------------------------------------X

Docket No. CR 10 – 627 (KAM)

**SUBPOENA DUCES TECUM**

TO:   ANY AUTHORIZED REPRESENTATIVE
       UNIVERSAL CITY STUDIOS LLP
       100 UNIVERSAL CITY PLAZA
       UNIVERSAL CITY, CA 91608-1002

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court, 225 Cadman Plaza East, Brooklyn, NY, before the Honorable United States District Judge Kiyo Matsumoto, Courtroom N4E, on May 18, 2011 at 10:00 a.m.

**YOU ARE ALSO COMMANDED** to bring with you the following documents:

SEE ANNEXED SCHEDULE

**FOR FAILURE TO ATTEND AND COMPLY**, you will be liable to **FINE AND IMPRISONMENT**.

Dated: Melville, NY 11747
      April 20, 2011
SO ORDERED:    s/KAM

_____
HON. KIYO A. ~~ATSUMOTO~~
           MATSUMOTO

JOSEPH W. RYAN, JR. PC

By: _____
Joseph W. Ryan, Jr., P.C. (JR2408)
Attorneys for Defendants
THOMAS FOLEY
225 Old Country Road
Melville, NY 11747-3331
Tel. 631 629 4968

## ANNEXED SCHEDULE

All records maintained with respect to the services rendered by Unalite Electric & Lighting, LLC a/k/a Unalite Electrical & Lighting Corp., 47-07 32nd Place, Long Island City, NY for the NBC Warehouse, North Bergen, NJ and Rockefeller Center, New York City, NY relating to lighting installation, maintenance and energy-saving projects for the period May 1, 2010 through September 30, 2010. Said records should include but not be limited to:

(1)     Contracts, purchase orders and agreements ;

(2)     Invoices, billings and email requests for payment;

(3)     Back-up documents, including invoices and any reason for stopping payment for the check annexed hereto as "Exhibit "A".

**COMPLIANCE WITH THIS SUBPOENA MAY BE MADE BY FORWARDING THE DOCUMENTS TO THE OFFICE OF ATTORNEY JOSEPH W. RYAN, JR. ON OR BEFORE THE RETURN DATE OF THIS SUBPOENA**

It is further ordered that Joseph W. Ryan, Jr., counsel for Thomas Foley, shall serve copies of all documents received pursuant to this subpoena on the United States and all other defendants within five business days of receipt.

s/KAM

4/20/11

# EXHIBIT "A"

HSBC Bank USA, N.A. - Image Archive



| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 10/06/2010 | | 0002663076 | 87000.00 | 7817096343 | 000000 |

Item 3 of 3