**JOSEPH W. RYAN, JR., P.C.**

ATTORNEYS AT LAW

JOSEPH W. RYAN, JR.

MELVILLE LAW CENTER
225 OLD COUNTRY ROAD
MELVILLE, N.Y. 11747-3111
TELEPHONE: 631-629-4968
FACSIMILE: 631-629-4970
joeryanlaw@earthlink.net
WEBSITE: JoeRyanLaw.com

November 8, 2010

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Thomas J. Foley, 10 CR 627</u>

Dear Judge Matsumoto,

This will confirm that Mr. Foley joins in the pending Watt's motion for reconsideration of the Court's March 18, 2011 decision which denied Watt' motion to vacate the seizure of funds held by GDC and its subsidiaries. ECF No. 133 at 32.

Mr. Foley had previously joined in the Watt's motion as a claimant-creditor of GDC seeking defense cost reimbursement, and the Court found that Mr. Foley had standing to seek relief sought by the motion. ECF. No. 133 at 17-19.

Thanking you for your attention, I am

Respectfully yours,

JOSEPH W. RYAN, JR.

Cc: ECF